UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS A. FLICK ACEVEDO,<br><br>                    Plaintiff,<br><br>     -against-<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>                    Defendant. | 25-CV-8661 (JPO) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

The Electronic Certified Administrative Record is due by **February 9, 2026**. Plaintiff's brief in support shall be filed by **March 10, 2026**. The Government's opposition shall be filed by **April 9, 2026**. Plaintiff's reply brief shall be filed by **April 23, 2026.**

DATED:  November 19, 2025
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**

United States Magistrate Judge