

JOHN W. DEHAAN, ESQ.
WWW.DEHAAN-LAW.COM

**The DeHaan Law Firm** P.C.

Mail: P.O. Box 5248 ▪ Hauppauge, New York 11788 ▪ 631.582.1200
Office: 746 Merrick Road ▪ Baldwin, New York 11510

March 2, 2026

**Via ECF**
Hon. Robyn F. Tarnofsky, U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application **GRANTED.** Plaintiff's brief in support shall be filed by **May 18, 2026**. The Government's opposition shall be filed by **July 27, 2026**. Plaintiff's reply brief shall be filed by **August 17, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 9.

Dated:   March 2, 2026
         New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

      **Re:**    **Flick-Acevedo v. Comm'r of Soc. Sec.**
             **Docket No.: 1:25-CV-08661-JPO-RFT**

Dear Magistrate Judge Tarnofsky:

I represent the plaintiff, Carlos A. Flick-Acevedo, in the above-referenced matter seeking review of the Commissioner's denial of Social Security disability benefits. Sergei Aden from the Office of General Counsel represents the Commissioner.

In accordance with Your Honor's Individual Practice Rules, I write to request an extension of the briefing schedule which, if granted, would result in the following changes:

|  | Current Deadline | **New Deadline** |
|---|---|---|
| Plaintiff to Serve Motion | March 11, 2026 | **May 18, 2026** |
| Defendant to Serve Response | April 10, 2026 | **July 27, 2026** |
| Plaintiff to Serve Reply | April 24, 2026 | **August 17 , 2026** |

I make this request because I have an overwhelming number of conflicting deadlines on multiple cases which make it impossible for me to complete my moving brief by the current deadline. Specifically, multiple cases that were filed last year (including this one) had their deadlines pushed back as a result of the government shutdown last year. This, coupled with deadlines arising from cases filed in December and January, has caused me to have numerous conflicting and overlapping deadlines.

Plaintiff has not made any prior requests for an adjournment of these deadlines, but this action was stayed as a result of the government shutdown, which caused a *de facto* adjournment (ECF 8).

I have consulted with Mr. Aden, and he consents to this request.

**THE DEHAAN LAW FIRM P.C.**                                                    Page 2 of  2

Hon. Robyn F. Tarnofsky, U.S. Magistrate Judge
U.S. District Court   S.D.N.Y.
*Re:*    *Flick-Acevedo v. Comm'r of Soc. Sec.*
         *Docket No.: 1:25-CV-08661-JPO-RFT*
March 2, 2026

---

Thank you for Your Honor's consideration of this request.

Very truly yours,
**THE DEHAAN LAW FIRM P.C.**

By:     /s/ *John W. DeHaan*

John W. DeHaan, Esq.
jdehaan@dehaan-law.com


cc:    Sergei Aden, OGC (Via ECF)