**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

CARLOS A. FLICK ACEVEDO,

Plaintiff,

-v-

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

-----------------------------------------------------------------X

25 **CIVIL** 8661 (JPO)(RFT)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 24, 2026, the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including the opportunity for a new hearing and further evaluation of the medical opinion evidence in accordance with 20 C.F.R. § 416.920c.

**Dated:** New York, New York
August 26, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**